Eugene J. Egan (State Bar No. 130108)
 *eje@manningllp.com*
Paul Hanna (State Bar No. 222012)
 *pxh@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA PEREZ<br><br>   Plaintiff,<br><br>   v.<br><br>TARGET CORPORATION; and DOES 1 through 60, Inclusive,<br><br>   Defendant. | USDC CASE NO.:2:15-CV-03364 AJW<br><br>State Case No. BC576918<br><br>**ORDER RE STIPULATION FOR DISMISSAL**<br><br>Trial Date:   May 3. 2016 |

IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

IT IS SO ORDERED.

DATED: 3/3/ 2016

_____

HONORABLE ANDREW J. WISTRICH

UNITED STATES MAGISTRATE JUDGE

---

1

**ORDER OF DISMISSAL**

Case No. 2:15-CV-03364 AJW